**EXHIBIT A**

# Exhibit A

**EXHIBIT A**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu 1 – 980 – 216

EFFECTIVE DATE OF REGISTRATION

MAY 2 2 1995
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

GCMAB Demo part I

PREVIOUS OR ALTERNATIVE TITLES ▼
If I..., Talkin Dirty To Yvette, Individual Titles  24-7 (You Gotta Believe), Bucket2 Benz, Phone Sexy, Shed A Tear, Will U Do Me, Raise up, Hangin On.

NATURE OF THIS WORK ▼ See instructions

Song Lyrics

**2**

NAME OF AUTHOR ▼
a  Kenneth Marshall

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1964

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
1994
◀ Year in all cases

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶       Day ▶       Year ▶
ONLY if this work has been published.
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kenneth Marshall
6569 Penn Ave #104
Forestville, Md 20747

APPLICATION RECEIVED
M 22 1995
ONE DEPOSIT RECEIVED
MAY 22 1995
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of



EXHIBIT
"A"

EXAMINED BY

FORM· PA

—— CORRESPONDENCE
— Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version or this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kenneth Marshall
6569 Penn. Ave. #104
Forestville, Md. 20747

Area Code and Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☒ owner of exclusive rights
☐ authorized agent

Name of author or other copyright claimant, or owner of exclusive rights ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kenneth Marshall                                        date ▶ 5-22-95

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
Kenneth M Marshall
Number/Street/Apartment Number ▼
6569 Penn Ave. #104
City/State/ZIP ▼
Forestville, Md. 20747

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office
has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000          ♻ PRINTED ON RECYCLED PAPER          U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,017

**EXHIBIT B**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

Gomab demo : pt. 1

Registration Number of the Basic Registration ▼

PAu001980216

Year of Basic Registration ▼

1995

Name(s) of Author(s) ▼

Kenneth Marshall

Name(s) of Copyright Claimant(s) ▼

Kenneth Marshall

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 1    Line Heading or Description 1-NATURE OF THIS WORK

Incorrect Information as It Appears in Basic Registration ▼

Song Lyrics

Corrected Information ▼

Song melody, lyrics, arrangement, and performance

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 2    Line Heading or Description nature of authorship  &  name of author

Amplified Information and Explanation of Information ▼

AUTHORSHIP:  Authors' deposit consisted of a cassette tape and a writing comprised of an original song, rather than solely lyrics.

AUTHOR:  The music and lyrics were authored jointly by two musicians, Kenneth Marshall, and Charles Utley, born 1967, all of U.S. citizenship.

None of the contributions were under a work for hire agreement.

The contributions were not anonymous, and not pseudononymous.

MORE ON BACK ▶    · Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
· See detailed instructions.    · Sign the form at Space F.    Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ❑ YES    ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Lillian Taylor Stajnbaher, Lerner Greenberg Stemer, LLP, PO Box 2480, Hollywood, FL  33022

Phone ( 954-925-1100        Fax ( 954-925-1101        Email trademarks@patentusa.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of    James Brandon of GOMAB Productions

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Lillian Taylor Stajnbaher        Date ▼ 04/04/2016

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Lerner Greenberg Stemer, LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ PO Box 2480 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Hollywood, FL  33022 | MAIL TO: Library of Congress Copyright Office-RACD 101 Independence Avenue SE Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full    Rev: 10/2011    Printed on recycled paper        U.S. Government Printing Office. 2011-xxx-xxx/xx.xxx

> EXHIBIT C

# DISTRICT LEGAL GROUP, PLLC

*We protect your interests.*



700 Pennsylvania Ave SE, Suite 2098
Washington, D.C. 20003
Tel (202) 486-3478
**www.districtlegalgroup.com**



**DECEMBER 19, 2024**

<u>VIA E-MAIL:</u>

**DIR. SHIRA PERLMUTTER
REGISTER OF COPYRIGHTS
<u>Registerofcopyrights@loc.gov</u>**

**c/o: SUZANNE WILSON
GENERAL COUNSEL
ASSOCIATE REGISTER OF COPYRIGHTS**

**c/o: EMILY CHAPUIS
DEPUTY GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL**

**U.S. COPYRIGHT OFFICE
101 INDEPENDENCE AVENUE, S.E.
WASHINGTON, DC 20559-6000**

**c/o:** *U.S. Copyright Office, Records Research and Certification Division*
**Copyright Office
P.O. Box 70400
Washington, DC 20559-0400
<u>copycerts@copyright.gov</u>**

**<u>RE: FINAL NOTICE OF CLAIM, US Copyright Office, Library of Congress;</u>**

***<u>In re Copyright Deposit PAU 1-980-216 Gomab Demo Part I (May 22, 1995)</u>***

1

Dear Director Shira Perlmutter, et. Al.:

District Legal Group, PLLC represents the interest of Mr. James Brandon. Mr. Brandon is the rightful owner of Copyright Registration PAU 1-980-216, GOMAB Demo Part I, which was filed and deposited in the Copyright Office on May 22, 1995.

On or about April 4, 2016, Mr. Brandon (through counsel, Lillian Taylor Stajnbaher, Esq.) filed Form CA and paid requisite filing fees to correct the information contained on the basic registration because the Authors' original deposit consisted of a cassette tape and a writing comprised of an original song, rather than solely lyrics, which was a scrivener's error.

On or about November 29, 2016, Mr. Brandon requested the original deposit of the registration from the Copyright Office, Records Research and Certification Division but was informed that the copyright office was unable to locate the deposit. Mr. Brandon was not informed and has yet to be informed how or when the deposit was lost. A copy of the letters Mr. Brandon received from the Copyright Office are enclosed hereto for your review.

On or about January 26, 2018, Mr. Brandon (through counsel, Law Office of Louis C. Senat, Esq.) delivered a NOTICE OF INQUIRY to the Register of Copyright informing her that Copyright Registration PAU 1-980-216, GOMAB Demo Part I was involved in a copyright dispute and requested further investigation into the location of the original deposit.

Unfortunately to date, Mr. Brandon has not yet received any information from the Register of Copyrights or Records Research and Certification Division in researching the location and discovering the original deposit filed on May 22, 1995.

Please accept this notice as Mr. Brandon's **FINAL NOTICE OF CLAIM** to Copyright Registration PAU 1-980-216, GOMAB Demo Part I, which was filed on May 22, 1995. In the event the Register of Copyright fails to respond to this notice in a timely manner (30 days) or provide all information involved in researching the location of the deposit, our office will seek further legal action on behalf of Mr. Brandon pursuant to the Federal Tort Claim Act, and other legal remedies.

2

Please provide our office with all information involved in researching the location of the deposit. If you have questions regarding this matter, you may contact our office directly at (240)-708-3032. Time is of the essence and your immediate attention to this matter is warranted. While the matter is unresolved, we ask that you preserve all communications relevant to this matter, including all electronically stored information[1].

Respectfully,

Dionna Maria Lewis, Esq.
Bar No. 219016
**District Legal Group, PLLC**
700 Pennsylvania Ave SE, Suite 2098
Washington, D.C.20003
Tel. (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for James Brandon*

---

[1] Federal procedural rules authorize the imposition of serious sanctions for the failure by a party to a civil lawsuit to preserve electronically stored information and to comply with a court's discovery orders. *See* Fed. R. Civ. P. 37(b) and (e). A party to federal litigation that is either anticipated or pending is required to preserve potentially relevant evidence. When electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery, a court may order measures no greater than necessary to cure the prejudice." Fed. R. Civ. P. 37(3)(1). Such misconduct, also known as spoilation, is the destruction or material alteration of evidence or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation. *Bethel v. Rodriguez,* No. CV 20-1940 (RC), 2022 WL 2157065, at *2 (D.D.C. Jun. 15, 2022) (quoting *Nunnally v. Dist. of Columbia,* 243 F. Supp. 3d 55, 73 (D.D.C. 2017)). Upon a finding that the party acted with the intent to deprive another party of the information's use in the litigation, a court is empowered to impose serious sanctions, including presuming that the lost information was unfavorable to the party; instructing the jury that it may or must presume the information was unfavorable to the party; or dismissing the action or entering a default judgement. *See generally,* Fed. R. Civ. P. 37(e)(2).

**EXHIBIT D**



**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

January 23, 2025

Attn: Dionna Maria Lewis, Esq.
District Legal Group, PLLC
700 Pennsylvania Ave. SE, Suite 2098
Washington, DC 20003

RE: GOMAD DEMO PART I – PAu 1-980-216

To Legal Counsel for James Brandon,

We are following up on your inquiry regarding a records request for the work titled, **GOMAD DEMO PART I** registered under number **PAu 1-980-216**. Unfortunately, we were unable to locate the deposit material.

We are, however, able to offer you the option of submitting a replacement deposit.

When the Office is unable to locate the original deposit associated with a registered work that is within the retention schedule, per 17 U.S.C. 704, and concludes that is unlikely to be able to locate the copy in the immediate future, a claimant may submit a replacement deposit. If you are interested in submitting a replacement deposit, please provide the following:

- An exact, true, and accurate copy of the original deposit copy, submitted in identical format as the original deposit copy; and
- An affidavit, made by a person with direct knowledge of the submission of the original deposit copy, which shall be attached to the replacement deposit and shall attest, under penalty of perjury, that the submitted replacement deposit is an exact, true, and accurate copy of the original deposit.

Submit these items to the following Copyright Office within thirty (30) days business days.

U.S. Copyright Office
Records Research and Certification Division
P.O. Box 70400
Washington, DC 20559-0400
Email: copycerts@copyright.gov
Phone: 1-877-476-0778

Additional information can be found on the U.S. Copyright website: https://www.copyright.gov/rrc

Regards,

Denise D. Wofford
Director
Office of Copyright Records
U.S. Copyright Office

**EXHIBIT E**

# EXHIBIT E

## REPLACEMENT DEPOSIT SUBMISSION FOR PAu-1-980-216 GOMAB DEMO PART I (MAY 22, 1995)

**Includes:**

**(1)  Cassette Tape with Original Music –** *GOMAB DEMO PART I*

**(1)  Document with Original Lyric Sheets –** *GOMAB DEMO PART* I

**(1)  USB Flash Drive with Original Music -** *GOMAB DEMO PART I*

**(1)  Digital Versatile Disc (DVD) with Original Music in MP3 Audio -** *GOMAB DEMO PART I*

## (WILL SUPPLEMENT VIA CERTIFIED MAIL)

**EXHIBIT E**
**PAU-1-980-216 GOMAB DEMO Part I (May 22, 1995)**

## GOMAB DEMO PART I

## Lyric Sheets

### 1. You Gotta Believe (24-7)

[Verse 1]

This one goes out to my homeboy, Bringing much noise, Showing old boy, you've gotta find a better way

Talking bout trying to get from under, But all the thunder, Makes me wonder, If you'll see the light of day

[Chorus]

You gotta believe in something, ,

24-7, Seven come eleven, To make your dreams come true

You gotta believe in something, 24-7, Seven come eleven, Like I believe in you

[Verse 2]

I know sometimes you feel like giving up, You said you had enough, I know you got it rough

But even a cage bird sings,

Trying to escape the private hell your in , you're  in the ghetto and you think you'll never win, just remember one simple thing, yeah

[Corus]

[Bridge]

Believe in yourself, wait for no one else, you've got what it takes, to make it ,No matter what the circumstance, you're ready to advance.

Here's your chance, so take it, Just take, you can make it.

[Chorus]

[Verse 3]

I know you didn't ask for your problem, But since you gotta them wont you solve them, you got to have a plan

Make up your mind, you're  not giving in , Let your life begin, 24-7, Start Believing that you can,

[Chorus]

4xs

## 2. Bucket2Benz

[Verse 1]

I had nothing, but you for so long, My pockets were empty, But my feelings were strong

I'm so lucky to find someone like you, Love me unconditionally and always be true

[Chorus]

From Bucket2Benz, From Bucket2Benz, I always had you, When I had no money, And the rent was due

You'd be there for me, Always be there, Right by my side, Now we got it made, got it made, I'm getting paid, getting paid, and you were there for the whole ride,

From Bucket2Benz

[Verse2]

I remember, when times were hard, we couldn't make ends meet and I couldn't find a job

But I knew you'd be there, day after day, When I thought, we couldn't make it, You found the words to say

[Chorus]

4xs

[Verse3]

Things have changed, Now we're living large, We gotta a beautiful house, and big fancy cars, We got so much money, That it never ends.

It wouldn't mean a damn thing, If we didn't have some Bucket2Benz

[Chorus]

2xs

Bucket2Benz,

3xs


**3. If I**

Sometimes the living ain't easy, see I'm missing you, my baby, Don't you know, what I am feeling , you feel the same way too, girl I want you to know

[Chorus]

If I, could give the world, If I, ooh ...If I, If I, could re arrange the stars, If I, could move the mountain for you honey, if I could I would


[Verse 2]

There you are here I am, so what do you want to do, my baby

I'll offer you, All I have, Cause you're my every, everything, and I want you to know

[Chorus]
[Spoken]

You know girl, I recognize your kind, yeah

[Singing]

Tell me what you want to do, tell me what you want to do babe

4x3

[Spoken]

You want a man with a big car, Fancy clothes and lots of lute, But look here baby, as long as you got a man that's willing, even if he can't, when he can he will,

Well sweetheart, I'm willing, so tell me what you want to do

[Singing]

Tell me what you want to do, tell me what you want to do baby

4xs

[Spoken]

Yo, Dre, Kick this for the real honeys

[Verse3]

Come with me, take my hand, and never let it go honey, cause I lone you with all of my heart, I'll make your dreams come true, and I need to know

[Chorus]

3xs


**4.Talkin Dirty to Yvette**

[Spoken]

4. Y.V.E.T.T.E

[Verse 1]

The things I say, really turn her on, The nasty way I say it, Let me in your loveYvette is so hot, She'll blow your mind, She will tease you and then she'll freak you

[Chorus]

I like talking dirty to Yvette, make my honey, dripping soaking wet,

I like talking dirty to Yvette, I do, You'll like talking dirty to her too

[Verse 2]

She likes to play with you as long as she can, Fakes like you're her brother, when she's with her man, She's trying not to show her freaky side, but when her man is not looking, she's giving you the eye

[Chorus]

Watch it wiggle, see it jiggle, oh so smooth and juicy, Evette's big old booty

2xs

[Verse 3]

Turn off the tv and tell me what you're wearing, remember the last time, We got bare and

Her body glistening all over with sweat, I..... like talking to Yvette

[Chorus]

4xs


**5. Phone Sex**

[Verse 1]

My nights are cold and lonely since you've been gone, all I do is sit and stare at the same four walls, I wish that I could see you, once again, I will never do you wrong, I want you to come home

[Chorus]

Phone sex, help me operator I'm all alone, Phone sex, making love on the telephone

Phone sex, please tell my baby to come home, Phone sex, this morning she was gone

[Verse 2]

I whisper in the darkness, I call out your name, don't matter that you can't hear me, because, you're not there. What have I done to hurt you, please tell me, had to be accidental , I need you here with me

[Chorus]

[Spoken]

Oh ... I'm so all alone, so real, it is real, waiting for you by the phone

[chorus]

[Verse 3]

Baby where for art thou, I need you in my life, need you in my life, until then operator , I'm all your's tonight, I tell you my fantasies, If you can tell me your's .

Got to get off the phone, when she walks through the door

[Chorus]

4xs

## 6. Shed A Tear

[Verse 1]

Yesterday has come and gone, today is here, tomorrow may never come, but it's all so near

Yesterday is like our love, , not like today , tomorrow may never bring, bring a love, bring a love,  our way,

But baby, I'll be alright, even though I have no one else to hold me, tight

But if you feeling sorry for me, I don't know what your thinking of, If you want to cry, shed a tear for our love

[Chorus]

Shed a tear for our love, ooh ooh, that we thought was from heaven above, all girl girl,

Shed a tear for what it used to be, but baby don't shed one for me

[Verse 2]

I still wake up in the morning, go to sleep in the dark, and live my life the same , but with a broken heart, but like all things, like all things, this too shall pass, for the girls in the world, this surely wont be the last,

 but if you're feeling sorry for me, I don't know what you're thinking of, if you want to cry, shed a tear for our love

[Chorus]

2xs

[Spoken ]

Baby its over

**7. Will U Do Me**

[Verse 1]

Baby girl, I got my eye on you, thinking bout, the things that we could do ,

move closer , girl let me hold you tight, it might be wrong ,but I'm going to do you right,

say the word, name the time and place, it feels so good , to have you thighs rubbing on my face,

lay right here cause baby I'm going down , to taste your love, cause I don't fool around

[Chorus]

If I do ya, kiss you places you've never been kissed before, If I do ya, make you scream my name and a whole lot more

Come here baby, I'm down on my knees, If I do ya, will you do me

[Verse 2]

Don't you know, You look so good to me, I get turned on, when I see that big booty,  I got to have you, cause lady your love is so fat, it must be jelly, cause jam don't shake like that

[Chorus]

[Bridge]

Thinking about you, ooh oh, will you do me, will you do me,  I want you, holding you, squeeze you, make love to you

[Verse 3]

Don't be scared, you know you're safe with me, safe with me, now we're alone, let me love you tenderly, caress your body, kiss you from head to toe , We've got all night, so hey let's take it slow, Lay right here on a bear skin rug, now come to daddy, and give me a big old hug, are you ready, baby this is it, I don't mean your mouth girl, when I say I want to kiss your lips

[Chorus]

2xs

**8. Raise Up**

[Spoken]

Raise up (4xs)

[Verse 1]

Come here baby, relax for a while, I want you to know, I like your sexy smile, we can get busy, but let's make one thing clear, when we get finish, you're going to raise up out of here.

[Chorus]

You ain't got to go home, but you got to raise up out of here

4xs


[Verse 2]

You want commitment, to commit to a night of fun, if you want more then child I ain't the one, so let's get cozy, girl let down your weave, just do me a favor, take your ponytail when you leave


[Chorus]

[Rap]

Well I'm a young I got a mind like a dirty ole, I put my tongue so far up in you , I could kiss your soul, make you feel the pleasures of wetness, I bet you're never going to forget this, and now you want to call me a hound , but you wouldn't have frowned if I went downtown, I've been around and back , so  who's the mack, who you trying to jack, now get the...... out of here with that. I'm not the one, I've never been the one, not going to be the one, so cut the games hun,

I get bziz with this, I make you want to get with this, oversize, heavyweight, nasty, lyricist, I'll be your loverman, undercover man, make love to you with both hands, could you be discreet, so I could get my back In to it, you got lumps and bumps that make me want to do it, but I chill because I'm a laid back kind of guy, kiss the girls and make gerogie porgie cry, but in the morning just to make things clear my dear, you got to raise up out of here

[Chorus]

[Verse 3]

I talk to you later, I kiss you adu, you can call me later, if not then babe that's cool, yeah, hope you'll understand its nothing personal, but like you came, baby all you got to go

[Chorus]

You go to go

Raise up

[Chorus]


**9. Hangin On**

[Verse 1]

I know you have someone in your life, but I don't care, I need you here, to hold you close, and keep you safe and warm, I'm trying my best to wait on you

[Chorus]

Soon and very soon, you'll be here with me, and I'll show you love, as it was meant to be

Come and take my hand, and away we'll go,  on until that day, I'll keep hangin on


[Verse 2]

How I dream of you and I, underneath the stars and beneath the  moonlit sky, how I long, for a kiss from you, come to me, cause dreams wont do ..... no


[Chorus]

[Bridge]

I'll keep hangin on, oh, I'll keep hangin on

Hangin on for you baby, hangin on for dear love,  Hangin on cause I want you,

Hangin on cause I need you

[Verse 3]

I long for you touch, and a feel from your hand, waiting for that day, that I can be your man, he will never love you, the way I do, when you find out for yourself, I'll wait for you

[Chorus]

3xs

[Ad lib]

## EXHIBIT F

### AFFIDAVIT OF REPLACEMENT DEPOSIT

**UNITED STATES COPYRIGHT OFFICE**
Records Research and Certification Division
P.O. Box 70400, Washington, DC 20559-0400

**RE: AFFIDAVIT OF ACCURACY AND VERIFICATION**

I, **James M. Brandon**, being duly sworn, do hereby affirm and state as follows:

1. **Personal Information.**

My name is **James M. Brandon**, and I served as the **Manager** of the musical group **GOMAB** at the time the work titled **"GOMAB DEMO PART I"** was registered under copyright number **PAu 1-980-216** with the United States Copyright Office.

2. **Original Deposit Submission.**

I affirm that the deposit I am submitting is a **true and accurate copy** of the original **musical work** and **lyric sheets** that was deposited with the U.S. Copyright Office at the time of registration on or about May 22, 1995.

3. **Replacement Deposit Submission.**

Due to the inability of the U.S. Copyright Office to locate the original deposit, I am submitting a **replacement deposit** as requested on January 23, 2025.

I affirm, under penalty of perjury, that the replacement deposit I am providing is an **exact, true, and accurate copy** of the original **musical work** and **lyric sheets** that were originally deposited with the Library of Congress, U.S. Copyright Office.

4. **Certification.**

I make this affidavit in accordance with **17 U.S.C. § 704** and the instructions provided by the U.S. Copyright Office.

I understand that any willful false statement made herein is punishable under **18 U.S.C. § 1001**, which imposes criminal penalties for knowingly making false statements to a federal agency.



←-------------------------------- **SIGNATURE PAGE FOLLOWS** -------------------------------→

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of _February_, 2025.

Signature: _James M. Brandon_
James M. Brandon

State of: _Virginia_

County of: _Norfolk_

Sworn to and subscribed before me on this 28 day of _February_, 2025, by James M. Brandon, who personally appeared before me and presented valid identification.

Notary Public Signature: _Jessica Lee Budke_

Notary Name: _Jessica Lee Budke_

Commission Expiration Date: _April 30, 2028_

JESSICA LEE BUDKE
Notary Public
Commonwealth of Virginia
Registration No. 8109857
My Commission Expires Apr 30. 2028

# <u>EXHIBIT G</u>

**STANDARD FORM 95**
**(Signed April 14, 2025)**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

| 9. | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | **WITNESSES** |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | **AMOUNT OF CLAIM** (in dollars) |
|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). /s/ James Brandon | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:*  The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

EXHIBIT G

# DISTRICT LEGAL GROUP, PLLC

*We protect your interests.*



700 Pennsylvania Ave SE, Suite 2098
Washington, D.C. 20003
Tel (202) 486-3478
**www.districtlegalgroup.com**



**April 29, 2025**

<u>VIA E-MAIL:</u>

**DIR. SHIRA PERLMUTTER**
**REGISTER OF COPYRIGHTS**
<u>Registerofcopyrights@loc.gov</u>

**c/o: SUZANNE WILSON**
**GENERAL COUNSEL**
**ASSOCIATE REGISTER OF COPYRIGHTS**

**c/o: EMILY CHAPUIS**
**DEPUTY GENERAL COUNSEL**
**OFFICE OF GENERAL COUNSEL**

**U.S. COPYRIGHT OFFICE**
**101 INDEPENDENCE AVENUE, S.E.**
**WASHINGTON, DC 20559-6000**

**c/o: DENISE D. WOFFORD, DIRECTOR**
**Records Research and Certification Division**
**U.S. Copyright Office**
**P.O. Box 70400**
**Washington, DC 20559-0400**
<u>copycerts@copyright.gov</u>

**<u>RE: NOTICE OF CLAIM FOR DAMAGES/INJURIES PURSUANT TO FTCA,</u>**
**<u>Standard Form 95, US Copyright Office, Library of Congress; *In re PAU 1-980-216*</u>**
**<u>*GOMAB DEMO Part I (Originally Deposited May 22, 1995; Confirmed lost property*</u>**
**<u>*January 23, 2025).*</u>**

1

Dear Director Denise D. Wofford, et. Al.:

District Legal Group, PLLC represents the interest of Mr. James Brandon. Mr. Brandon is the rightful owner of Copyright Registration PAU 1-980-216, GOMAB Demo Part I, which was originally filed and deposited in the Copyright Office on May 22, 1995. *See,* **Exhibit A**.

On or about April 4, 2016, Mr. Brandon (through counsel, Lillian Taylor Stajnbaher, Esq.) filed Form CA and paid requisite filing fees to correct the information contained on the basic registration because the Authors' original deposit consisted of a cassette tape and a writing comprised of an original song, rather than solely lyrics, noted as a scrivener's error. **Exhibit B**.

On or about December 19, 2024, Mr. Brandon made his final request for a copy of the original deposit of Copyright Registration PAU 1-980-216, GOMAB Demo Part I from the Copyright Office, Records Research and Certification Division but was informed that the copyright office lost the original deposit material. *See* **Exhibit C**.

On or about January 23, 2025, Mr. Brandon received a letter from Denise D. Wofford, Director, Office of Copyright Records, and a copy of the letter Mr. Brandon received from the U.S. Copyright Office, Office of Records is attached. *See* **Exhibit D**.

On or about March 3, 2025, Mr. Brandon, through counsel, submitted a replacement deposit that was an exact, true, and accurate copy of the original deposit, submitted in identical format as the original deposit copy for PAU 1-980-216, GOMAB Demo Part I, and for administrative convenience, submitted in alternative formats due to the now available digital technologies. *See* **Exhibit E**.

Mr. Brandon attested, by affidavit under penalty of perjury, that the submitted replacement was an exact, true, and accurate copy of the original deposit. *See* **Exhibit F**.

Mr. Brandon claims personnel at the U.S. Copyright Office, Office of Records, and Library of Congress negligently lost and intentionally destroyed his original deposit for PAU 1-980-216, GOMAB Demo Part I.[1]

The negligence and intentional destruction of original deposit for PAU 1-980-216, GOMAB Demo Part I prohibited Mr. Brandon from enforcing his exclusive rights pursuant to 17 U.S.C. § 106 to the reproduce, prepare of derivative works, distribution, public performance, and public display of PAU 1-980-216, GOMAB Demo Part I.[2]

Such negligence and intentional destruction of property by the U.S. Copyright Office, Office of Records, and Library of Congress had devastating consequences because PAU 1-980-216, GOMAB Demo Part I contained the song "Phone Sex", which was unlawfully used as the title song for the major motion picture, *Girl 6* (1996), directed by Spike Lee and featuring songs by Prince.

The negligent loss and intentional destruction of PAU 1-980-216, GOMAB Demo Part I, which contained the song "Phone Sex", restricted Mr. Brandon's ability to recover damages in actions for copyright infringement for the unlawful use of the song "Phone Sex" against infringers in the Southern District of Florida, the Southern District of New York, and the New York Appeals Court.

Due to the negligent loss and intentional destruction of PAU 1-980-216, GOMAB Demo Part I, Mr. Brandon was unreasonably prohibited from enforcing his ownership rights to the song "Phone Sex", restricted from claiming royalties, licensing fees, and additional income from the *Girl 6* movie, soundtrack album sales, and other commercial uses of the song "Phone Sex", deprived of recovering actual damages for copyright infringement, and forced to incur attorney's fees and litigation expenses in multiple jurisdictions.

---

[1] Pursuant to 17 U.S.C. § 704(a), upon the deposit in the Copyright Office under sections 407 and 408, all copies, phonorecords, and identifying material… are the property of the United States Government. The Register of Copyrights is authorized…to make duplicate reproduction a part of the Copyright Office records of the registration before destroying or otherwise disposing of such material. *See* 17 U.S.C. § 704(c).

[2] Pursuant to 17 U.S.C. § 705(a) the Register of Copyrights shall ensure that records of deposits, registrations, recordation, and other actions taken under title 17 U.S.C. are maintained, and that indexes of such records are prepared. Such records and indexes, as well as the articles deposited in connection with completed copyright registrations and retained under the control of the Copyright Office, shall be open to public inspection pursuant to 17 U.S.C. § 705(b).

Therefore, as a result of the negligent loss and intentional destruction of PAU 1-980-216, GOMAB Demo Part I, Mr. Brandon is claiming $1,000.00 (one-thousand dollars) in property damages and $10,000,000.00 (ten-million dollars) in personal injuries with actual losses totaling a sum certain of $10,001,000.00 (ten-million one-thousand dollars) in total compensatory damages for the loss of property and personal injury (losses) pursuant to 28 U.S.C. § 1364(b)(1).

Please accept this Supplement to the Notice of Claim (Standard Form 95) along with the Exhibits Attached as Mr. Brandon's **notice of claim for damages, losses, and injuries** related to Copyright Registration PAU 1-980-216, GOMAB Demo Part I, which was originally filed on May 22, 1995, and confirmed lost or destroyed by the U.S. Office of Copyright, Library of Congress on January 23, 2025.

**<u>In the event the Office of Copyright Records fails to respond to this notice of claim in a timely manner (180 days), our office will seek further legal action on behalf of Mr. Brandon pursuant to the Federal Tort Claim Act, and other legal remedies</u>.**

If you have questions regarding this matter, you may contact our office directly at (202)-486-3478. Time is of the essence and your immediate attention to this matter is warranted. While the matter is unresolved, we ask that you preserve all communications relevant to this matter, including all electronically stored information[3].

Respectfully,

---

[3] Federal procedural rules authorize the imposition of serious sanctions for the failure by a party to a civil lawsuit to preserve electronically stored information and to comply with a court's discovery orders. *See* Fed. R. Civ. P. 37(b) and (e). A party to federal litigation that is either anticipated or pending is required to preserve potentially relevant evidence. When electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery, a court may order measures no greater than necessary to cure the prejudice." Fed. R. Civ. P. 37(3)(1). Such misconduct, also known as spoilation, is the destruction or material alteration of evidence or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation. *Bethel v. Rodriguez,* No. CV 20-1940 (RC), 2022 WL 2157065, at *2 (D.D.C. Jun. 15, 2022) (quoting *Nunnally v. Dist. of Columbia,* 243 F. Supp. 3d 55, 73 (D.D.C. 2017)). Upon a finding that the party acted with the intent to deprive another party of the information's use in the litigation, a court is empowered to impose serious sanctions, including presuming that the lost information was unfavorable to the party; instructing the jury that it may or must presume the information was unfavorable to the party; or dismissing the action or entering a default judgement. *See generally,* Fed. R. Civ. P. 37(e)(2).

Dionna Maria Lewis, Esq.
Bar No. 219016
**District Legal Group, PLLC**
700 Pennsylvania Ave SE, Suite 2098
Washington, D.C.20003
Tel. (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for James Brandon*

5

## EXHIBITS LIST

**EXHIBIT A –** Copyright Registration Form PA – May 22, 1995.

**EXHIBIT B –** Supplementary Registration Form CA – April 4, 2016.

**EXHIBIT C –** Final Notice of Claim – December 19, 2024**.**

**EXHIBIT D – U**.S. Copyright Office Response to Final Notice of Claim – January 23, 2025.

**EXHIBIT E – GOMAB DEMO PART I -** *PAU 1-980-216* **-** Replacement Deposit –  March 3, 2025**.**

**Included: (1) Cassette Tape with Original Music – GOMAB DEMO PART I.**
**(2) Documents with Original Lyrics Sheets – GOMAB DEMO PART I.**
**(3) USB Flash Drive with Original Music - GOMAB DEMO PART I.**
**(4) Digital Versatile Disc (DVD) with Original Music in MP3 Audio – GOMAB DEMO PART I.**

**EXHIBIT F –** Signed Affidavit of Mr. James Brandon – February 28, 2025.

# EXHIBIT H

**90-Day Notice**
**(Dated August 1, 2025)**

**EXHIBIT H**

# DISTRICT LEGAL GROUP, PLLC



*We protect your interests.*

700 Pennsylvania Ave SE, Suite 2098
Washington, D.C. 20003
Tel (202) 486-3478
**www.districtlegalgroup.com**



**AUGUST 1, 2025**

**VIA E-MAIL:**

**DIR. SHIRA PERLMUTTER**
**REGISTER OF COPYRIGHTS**
**Registerofcopyrights@loc.gov**

**c/o: SUZANNE WILSON**
**GENERAL COUNSEL**
**ASSOCIATE REGISTER OF COPYRIGHTS**

**c/o: EMILY CHAPUIS**
**DEPUTY GENERAL COUNSEL**
**OFFICE OF GENERAL COUNSEL**

**U.S. COPYRIGHT OFFICE**
**101 INDEPENDENCE AVENUE, S.E.**
**WASHINGTON, DC 20559-6000**

**c/o: DENISE D. WOFFORD, DIRECTOR**
**Records Research and Certification Division**
**U.S. Copyright Office**
**P.O. Box 70400**
**Washington, DC 20559-0400**
**copycerts@copyright.gov**

**RE: 90-DAY NOTICE – REQUEST FOR ACKNOWLEDGEMENT AND RESPONSE TO CLAIM FOR DAMAGES/INJURIES PURSUANT TO FTCA, Standard Form 95, US Copyright Office, Library of Congress;** *In re PAU 1-980-216 GOMAB DEMO Part I (Originally Deposited May 22, 1995; Confirmed lost property January 23, 2025).*

1

Dear Director Denise D. Wofford, et. Al.:

This firm represents the interest of Mr. James Brandon, the rightful owner of Copyright Registration PAU 1-980-216, GOMAB Demo Part I, originally filed and deposited in the Copyright Office on May 22, 1995. **Exhibit A**.

On or about April 4, 2016, Mr. Brandon, through counsel, submitted Form CA and paid requisite filing fees to correct a scrivener's error in the original registration and to clarify the Authors' original deposit consisted of a cassette tape and a writing comprised of an original song, not solely lyrics. **Exhibit B**.

On or about December 19, 2024, Mr. Brandon made a final request for a copy of the original deposit of Copyright Registration PAU 1-980-216, GOMAB Demo Part I from the Copyright Office, Records Research and Certification Division but was informed that the original deposit material had been lost by the Copyright Office. **Exhibit C**.  On or about January 23, 2025, Mr. Brandon received a letter from Denise D. Wofford, Director, Office of Copyright Records, confirming the loss. **Exhibit D**.

On or about March 3, 2025, Mr. Brandon, through counsel, submitted a replacement deposit attested by affidavit under penalty of perjury to be an exact, true, and accurate copy of the original deposit, submitted in identical format as the original deposit copy for PAU 1-980-216, GOMAB Demo Part I, and submitted in alternative formats for convenience with now available digital technologies. **Exhibit E and F**.

Mr. Brandon asserts that personnel at the U.S. Copyright Office, Office of Records, and Library of Congress negligently lost and intentionally destroyed his original deposit for PAU 1-980-216, GOMAB Demo Part I.[1] This loss and destruction have prevented Mr. Brandon from enforcing his exclusive rights under 17 U.S.C. § 106, including reproduction, preparation of derivative works, distribution, public performance, and public display.[2]

---

[1] Pursuant to 17 U.S.C. § 704(a), upon the deposit in the Copyright Office under sections 407 and 408, all copies, phonorecords, and identifying material… are the property of the United States Government. The Register of Copyrights is authorized…to make duplicate reproduction a part of the Copyright Office records of the registration before destroying or otherwise disposing of such material. *See* 17 U.S.C. § 704(c).

[2] Pursuant to 17 U.S.C. § 705(a) the Register of Copyrights shall ensure that records of deposits, registrations, recordation, and other actions taken under title 17 U.S.C. are maintained, and that indexes of such records are prepared. Such records and indexes, as well as the articles deposited in connection with completed copyright registrations and retained under the control of the Copyright Office, shall be open to public inspection pursuant to 17 U.S.C. § 705(b).

The consequences have been severe, as the deposit contained the song "Phone Sex," which was unlawfully used as the title song for the major motion picture, Girl 6 (1996), directed by Spike Lee and featuring songs by Prince. The loss restricted Mr. Brandon's ability to recover damages for infringement in multiple jurisdictions and deprived him of royalties, licensing fees, and other income, while forcing him to incur significant legal expenses.

Accordingly, on or about May 1, 2025 Mr. Brandon submitted a Federal Standard Form 95, claiming $1,000.00 in property damages and $10,000,000.00 in personal injuries, for a total of $10,001,000.00 in compensatory damages pursuant to 28 U.S.C. § 1364(b)(1). **Exhibit G**.

As a final courtesy, we hereby provide this 90-day notice. If the U.S. Copyright Office fails to provide written acknowledgment of receipt and a substantive response to Mr. Brandon's claim within the next 90 days, our office will proceed to file a federal complaint in the United States District Court for the District of Columbia to seek all available relief, including but not limited to compensatory damages, injunctive relief, and attorney's fees. This action will be taken without further notice.

We respectfully request that you confirm receipt of this claim and provide a timeline for your response. While the matter is unresolved, we ask that you preserve all communications relevant to this matter, including all electronically stored information[3].

If you have questions regarding this matter, you may contact our office directly at (202)-486-3478. Time is of the essence and your immediate attention to this matter is warranted.

Respectfully,

---

[3] Federal procedural rules authorize the imposition of serious sanctions for the failure by a party to a civil lawsuit to preserve electronically stored information and to comply with a court's discovery orders. *See* Fed. R. Civ. P. 37(b) and (e). A party to federal litigation that is either anticipated or pending is required to preserve potentially relevant evidence. When electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery, a court may order measures no greater than necessary to cure the prejudice." Fed. R. Civ. P. 37(3)(1). Such misconduct, also known as spoilation, is the destruction or material alteration of evidence or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation. *Bethel v. Rodriguez,* No. CV 20-1940 (RC), 2022 WL 2157065, at *2 (D.D.C. Jun. 15, 2022) (quoting *Nunnally v. Dist. of Columbia,* 243 F. Supp. 3d 55, 73 (D.D.C. 2017)). Upon a finding that the party acted with the intent to deprive another party of the information's use in the litigation, a court is empowered to impose serious sanctions, including presuming that the lost information was unfavorable to the party; instructing the jury that it may or must presume the information was unfavorable to the party; or dismissing the action or entering a default judgement. *See generally,* Fed. R. Civ. P. 37(e)(2).

Dionna Maria Lewis, Esq.
DC Bar No. 219016
**District Legal Group, PLLC**
700 Pennsylvania Ave SE, Suite 2098
Washington, D.C.20003
Tel. (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for James Brandon*

4

## ENCLOSURES

**EXHIBIT A** – Copyright Registration Form PA – May 22, 1995.

**EXHIBIT B** – Supplementary Registration Form CA – April 4, 2016.

**EXHIBIT C** – Final Notice of Claim – December 19, 2024**.**

**EXHIBIT D** – **U**.S. Copyright Office Response to Final Notice of Claim – January 23, 2025.

**EXHIBIT E** – **GOMAB DEMO PART I** - *PAU 1-980-216* **-** Replacement Deposit –  March 3, 2025**.**

> **Included: (1) Cassette Tape with Original Music – GOMAB DEMO PART I.**
> **(2) Documents with Original Lyrics Sheets – GOMAB DEMO PART I.**
> **(3) USB Flash Drive with Original Music - GOMAB DEMO PART I.**
> **(4) Digital Versatile Disc (DVD) with Original Music in MP3 Audio – GOMAB DEMO PART I.**

**EXHIBIT F** – Signed Affidavit of Mr. James Brandon – February 28, 2025.

**EXHIBIT G** – Signed Federal Standard Form 95– April 14, 2025.