AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-CV-1340

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeannine Ferris Pirro, US Attorney's Office

was received by me on *(date)*    4/23/2026              .

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Emailed Civil-process Clerk the summons,complaint and civil cover sheet with service date of receipt 4/23/2026.
Emailed service as directed by the Office of the United States Attorney's office on 4/23/2026

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00          .

I declare under penalty of perjury that this information is true.

Date:   4/24/2026                            *Dauntria Reynolds*
                                          _____
                                                  *Server's signature*

                                          Dauntria Reynolds, Senior Paralegal
                                          _____
                                                  *Printed name and title*

                                          163 Waterfront Street, Suite 440, National Harbor, MD 20745
                                          _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| JAMES M. BRANDON<br>402 Rifton Court<br>Upper Marlboro, MD 20774 | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )<br>) Civil Action No.  1:26-CV-1340 |
| UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Jeanine Ferris Pirro
c/o: Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D. Street, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dionna Maria Lewis, Esq.
District Legal Group, PLLC
700 Pennsylvania Ave, SE
Suite 2098
Washington, D.C. 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:         04/22/2026

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*