AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-CV-1340

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    **Shira Perlmutter, Register of Copyrights**

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    **John Riley**    , who is

designated by law to accept service of process on behalf of *(name of organization)*    **U.S. Copyright Office**
_____ on *(date)*    **April 29, 2026**    ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $    **40.00**    for travel and $    **45.00**    for services, for a total of $    **85.0**0.00    .

I declare under penalty of perjury that this information is true.

Date:    **April 29, 2026**    _____

*Server's signature*

**Dunni Oni, Owner of Swift Serve Legal Assistance**

*Printed name and title*


**5207 Croton Pl Riverdale MD 20737**

*Server's address*

Additional information regarding attempted service, etc: