**<u>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

| | | |
|---|---|---|
| **JAMES M. BRANDON,** | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.: 1:26-cv-01340 |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant. | : | |
| | : | |

**<u>PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff James Brandon, by undersigned counsel, respectfully submits this Motion in Opposition to the Defendant's Motion to Dismiss and accompanying Memorandum of Support in Opposition to Defendant's Motion to Dismiss for the reasons set forth in the accompanying memorandum of law.

Wherefore, Plaintiff respectfully requests that the motion be granted.

Respectfully Submitted,

Dionna Maria Lewis

Dionna Maria Lewis, Esq.
District Legal Group, PLLC
Pennsylvania Ave, SE, Suite 2098
Washington, D.C. 20003
Phone: (202) 486-3478
Dionna@DistrictLegalGroup.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Dionna Maria Lewis, hereby certify that the foregoing Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss was served November 4, 2026, on all parties who were required to be notified via CM/ECF.

Dated: November 4, 2026

Respectfully submitted,

/s/ Dionna Maria Lewis

Dionna Maria Lewis, Esq.
District Legal Group, PLLC
Bar No. 219016
700 Pennsylvania Ave, SE, Suite 2098
Washington, D.C. 20003
Phone: (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for Plaintiff James M. Brandon*